IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 1:20CV518 |
| | § | |
| ROBERT L. ADAMS, | § | |
| | § | |
| Defendant. | § | |

# COMPLAINT

The United States of America brings this action for damages and civil penalties under the False Claims Act, 31 U.S.C. § 3729, *et seq.* and in the alternative, for repayment under theories of payment by mistake and unjust enrichment.

**A.   JURISDICTION AND VENUE**

1. This court has jurisdiction over this matter pursuant to 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2. Venue is proper in the Eastern District of Texas pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391(b), and 28 U.S.C. § 1395(a).

**B.   PARTIES**

3. The plaintiff is the United States of America on behalf of the United States Railroad Retirement Board ("RRB:").

4. The Defendant is Robert L. Adams, an individual who, at all times relevant to this Complaint, resided in the Eastern District of Texas.

C. **FACTUAL BACKGROUND**

5. The Railroad Unemployment Insurance Act, as amended (45 U.S.C. § 351 *et seq.*), provides federal benefits for unemployed railroad workers and is administered by the RRB. The program is financed by taxes paid by railroad employers.

6. To qualify for these federal benefits, unemployed railroad workers who meet the income and resource requirements of the program must disclose to the RRB any employment and income which might affect the claimant's entitlement to benefits. Benefits cannot be claimed or paid for any date which the claimant worked, accrued or received compensation from any employer, including non-railroad employers.

7. Defendant was employed by BNSF Railway as an Engineer in Silsbee, Texas, and was discharged from his position on April 24, 2018. Defendant's railroad service enabled him to be eligible to collect RRB unemployment insurance benefits during the period of unemployment.

8. On or about April 30, 2018, the RRB received Form UI-1, "Application for Unemployment Benefits and Employment Service," from Mr. Adams and he was given a copy of RRB Booklet UB-10, "Unemployment Benefit Handbook For Railroad Employees," which describes the rules and reporting requirements of collecting unemployment insurance benefits.

9. On the application dated April 30, 2018, Defendant stated: "I certify that the information I have provided on this form is true, correct and complete. I know that I must immediately report to the Railroad Retirement Board any changes which might affect my entitlement to benefits. I understand that disqualifications and civil and criminal penalties may be imposed on me for false or fraudulent statements claims or for withholding information to get benefits. I understand and agree to the requirements set forth in Booklet UB-10."

10. RRB Booklet UB-10 stated, in part:

To receive unemployment benefits you must:

> – be unemployed and receive no wages, salary, pay for time lost, vacation pay, holiday pay, railroad guarantee pay, or other remuneration for the days you claim benefits.  Under certain conditions, part-time work does not affect entitlement to benefits.  However, you must report all full-time and part-time work you perform to the Railroad Retirement Board (RRB) on each claim for benefits you file.  The RRB will then determine whether your pay is "subsidiary remuneration" and whether benefits are payable for days on which you worked part-time.

11. RRB Booklet UB-10 further warned: "You will be disqualified for both unemployment and sickness benefits for 75 days if you make a false or fraudulent statement or claim in order to receive benefits."

12. In order to receive unemployment benefits, an applicant must submit RRB Form UI-3, "Claim for Unemployment Benefits," every fourteen days.

13. For the unemployment insurance claim period beginning June 5, 2018, through the claim period beginning December 4, 2018, Defendant submitted fourteen (14) false and fraudulent "Claim for Unemployment Benefits" forms UI-3.  On each claim form, question 7a asked Defendant "Did you work on any day claimed for any person or company or were you self-employed?"  On each UI-3 form, Defendant failed to reveal his employment with Trans Global Solutions or SGS Petroleum.

14. Defendant began employment with Trans Global Solutions, Inc. on or about June 6, 2018, through July 30, 2018, and employment with SGS Petroleum from on or about July 30, 2018, through June 12, 2019.  Defendant knew he was employed and continued to submit claims for unemployment benefits.

15. In seeking and receiving unemployment insurance benefits, Defendant concealed material facts, to wit, his non-railroad employment and his earnings therefrom, when he knew or should have known that this employment was material to the RRB.

16. But for Defendant's false statements and claims, he would not have received unemployment insurance benefits from on or about June 5, 2018, through December 4, 2018.

17. As a result of Defendant's actions, the United States has been damaged in the amount of $12,520.19.

## Count I

## False Claims Act – False Claims

18. Plaintiff repeats and re-alleges each allegation set forth above in paragraphs 1 through 17 as if set forth fully herein.

19. By virtue of the acts described above , Defendant knowing presented, or caused others to present, to an officer, employee or agent of the United States False or fraudulent claims to obtain payment or approval in violation of the False Claims Act, 31 U.S.C. §§ 3729-3733.

20. As used in this count, the term "knowingly" means that a person, with respect to information, (a) has actual knowledge of the information; (b) acts in deliberate ignorance of the truth or falsity of the information; or (c) acts in reckless disregard of the truth or falsity of the information.

21. Plaintiff paid the false or fraudulent claims because of the acts of Defendant and, as a result, the United States has incurred actual damages in the amount of $12,520.19, exclusive of interest and costs.

22. Pursuant to the False Claims Act, 31 U.S.C. § 3729(a)(1), as amended, Defendant may be liable to the United States under the treble damage and civil penalty provision of the False Claims Act for a civil penalty of not less than $5,500 and not more than $11,000 for each of the false or fraudulent claims herein, plus three (3) times the amount of damages which the United States has sustained because of Defendant's action.

## Count II

## Payment By Mistake

23. Plaintiff repeats and re-alleges each allegation set forth above in paragraphs 1 through 17 as if set forth fully herein.

24. Plaintiff made payments on the claims submitted by Defendant under the erroneous belief that the claims for payment were based upon representations which were factually accurate and which represented actual dates of unemployment.

25. Plaintiff's erroneous belief was material to the payments made by Plaintiff to Defendant.

26. Because of these mistakes of fact, Defendant received monies to which he was not entitled.

27. By reason of the overpayments described above, Plaintiff is entitled to damages in the amount of at least $12,520.19.

## Count III

## Unjust Enrichment

28. Plaintiff repeats and re-alleges each allegation set forth above in paragraphs 1 through 17 as if set forth fully herein.

29. Because of Defendant's conduct, Defendant has been unjustly enriched with federal monies which in good conscience he should not be allowed to retain.

30. Defendant has been unjustly enriched to the detriment of the United States in the amount of $12,520.19.

## Claim for Relief

**WHEREFORE**, the United States demands judgment against Defendant as follows:

(a) on Count I (False Claims), judgment against Defendant for double the government's single damages of $12,520.19;

(b) on Count II (Payment by Mistake), judgment against Defendant for single damages, pre- and post-judgment interest, and any such further relief as the court deems appropriate; and

(c) on Count III (Unjust Enrichment), judgment against Defendant for single damages, pre- and post-judgment interest, and any such further relief as the court deems appropriate.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
Tel:   (409) 839-2538
Fax:   (409) 839-2643
Email:   andrea.parker@usdoj.gov

Dated:  December 7, 2020

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Robert L. Adams

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Jefferson**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrea L. Parker, Assistant United States Attorney
350 Magnolia, Suite 150
Beaumont, Texas 77701     Tel: (409) 839-2538

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine / 368 Asbestos Personal Injury Product Liability |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
|  |  |  | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 890 Other Statutory Actions |
|  |  |  | 863 DIWC/DIWW (405(g)) |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability |  / 535 Death Penalty | **IMMIGRATION** |  |  |
| 290 All Other Real Property | 445 Amer. w/Disabilities - Employment / **Other:** | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 465 Other Immigration Actions |  |  |
|  | 448 Education / 550 Civil Rights |  |  |  |
|  |  / 555 Prison Condition |  |  |  |
|  |  / 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. § 3729-33

Brief description of cause:
False Claims Act

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 12/7/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ Andrea L. Parker

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____